# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

**A12A1729. PERETZ v. REDI-FLOORS, INC.**

Appellant's notice of appeal was filed in the trial court on January 24, 2012. Although the notice states that all transcripts should be included as part of the record on appeal, the transcript was not filed with the trial court within 30 days of the notice of appeal as required by OCGA § 5-6-42. Furthermore, Appellant did not file his motion to extend the time to file the transcript with the trial court until March 30, 2012.

On April 24, 2012, the trial court entered an order denying Appellant's motion to extend time to file the transcript, and it withheld its ruling on Appellee's motion to dismiss the appeal pursuant to OCGA § 5-6-48 to allow Appellant time to respond. However, the court reporter had filed the trial transcript on April 23, 2012. Having received the trial transcript, and apparently not realizing there was a motion to dismiss pending, the trial court clerk transmitted the record to this Court. As the record does not contain an order on Appellee's motion to dismiss the appeal, it is hereby ordered that the case be remanded to the trial court for a ruling on the motion.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*